IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK MANUEL,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO. 1:20-00474-N<br>)<br>)<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Frederick Manuel, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Manuel's applications for Social Security benefits.

**DONE** this the 28th day of October 2021.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**